**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00327-CV**
_____

**IN RE C.R. ENGLAND, INC.**

_____

**Original Proceeding**
_____

**ORDER**

C.R. England, Inc. filed a petition for writ of mandamus. The relator is a defendant in Cause No. B-194,401, *Vincent Leggio, Jr., Individually and as Representative of the Estates of Vincent Leggio, Sr. and Debra Leggio, et al. v. C.R. England, Inc., et al.* Relator seeks a writ compelling the Honorable Gary Sanderson, Judge of the 60th District Court, to vacate an order of consolidation. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator alleges that prejudice will result if proceedings occur before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in Cause No. B-194,401 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The responses of the real parties in interest, Vincent Leggio Jr., Richard Leggio, Amanda Machowicz, Cathryn M. Stegmoyer, Tamika Francois, Damion Francois, Terrance Bell, Devin Cash, and Richardo Fernando Kerr, are due August 5, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED July 25, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.

2